# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

February 19, 2015

Lyle W. Cayce
Clerk

_____

No. 12-60264

_____

TAYLOR BELL; DORA BELL, individually and as mother of Taylor Bell,

Plaintiffs − Appellants

vs.

ITAWAMBA COUNTY SCHOOL BOARD; TERESA MCNEECE, Superintendent of Education for Itawamba County, Individually and in her official capacity; TRAE WIYGUL, principal of Itawamba Agricultural High School, Individually and in his official capacity,

Defendants − Appellees

_____

Appeals from the United States District Court for the
Northern District of Mississippi, Aberdeen

_____

ON PETITION FOR REHEARING EN BANC
(Opinion December 12, 2014, 5 Cir., 2014, 774 F.3d 280)

Before STEWART, Chief Judge, JOLLY, DAVIS, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON and COSTA, Circuit Judges.

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.